United States Court of Appeals

For the Eighth Circuit

_____

No. 24-2267

_____

Juanita Jones

*Plaintiff - Appellant*

v.

Olin Winchester, LLC; Olin Corporation; Winchester Ammunition, Inc.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: June 3, 2025
Filed: June 6, 2025
[Unpublished]

_____

Before SMITH, GRASZ, and STRAS, Circuit Judges.

_____

PER CURIAM.

Juanita Jones appeals the district court's[1] dismissal of her employment discrimination action against her former employer. After careful review of the record

_____

[1]The Honorable David Gregory Kays, United States District Judge for the Western District of Missouri.

and the parties' arguments on appeal, we conclude that dismissal was proper, and we find no basis for reversal.  See Yang v. Robert Half Int'l, Inc., 79 F.4th 949, 961-62 (8th Cir. 2023) (standard of review).  Accordingly, we affirm the judgment of the district court and deny Jones's motion to supplement the record on appeal.  See 8th Cir. R. 47B.

_____